UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Spinelli,

-v.-

NYC

------------------------------------------------------------X

: 02 Civ. 8967 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/10

Please be advised that the conference scheduled for Feb 10, 10 has been rescheduled to March 24, 10 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York

2/8/10

ROBERT W. SWEET
United States District Judge